```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 09896
    KEVIN BROWN
    DELLA F BROWN                              CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-3261    SSN XXX-XX-9615

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 08/15/2006 and was confirmed 11/06/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.59%.

    The case was dismissed after confirmation 05/12/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
HSBC MORTGAGE SERVICES     CURRENT MORTG    16688.00            .00       16688.00
HSBC MORTGAGE SERVICES     MORTGAGE ARRE    22711.59            .00        1988.29
FIRST CAPITAL MORTGAGE     NOTICE ONLY      NOT FILED           .00             .00
VILLAGE OF DOLTON          SECURED           1171.69            .00         292.95
INTERNAL REVENUE SERVICE   PRIORITY          4570.38            .00             .00
D PATRICK MULLARKEY        NOTICE ONLY      NOT FILED           .00             .00
DISTRICT DIRECTOR          NOTICE ONLY      NOT FILED           .00             .00
DISTRICT DIRECTOR          NOTICE ONLY      NOT FILED           .00             .00
AMERICASH LOANS LLC        UNSECURED          404.99            .00             .00
AMERICASH LOANS LLC        UNSECURED        NOT FILED           .00             .00
AMERICASH LOANS LLC        UNSECURED         1079.36            .00             .00
AMERICASH LOANS            NOTICE ONLY      NOT FILED           .00             .00
CITY OF CHICAGO PARKING    UNSECURED          500.00            .00             .00
CITY CHICAGO DEPT OF REV   NOTICE ONLY      NOT FILED           .00             .00
CIRCUIT COURT OF COOK CO   UNSECURED        NOT FILED           .00             .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED           .00             .00
CRED PROTECTION ASSOCIAT   UNSECURED        NOT FILED           .00             .00
HARRIS & HARRIS            UNSECURED        NOT FILED           .00             .00
CITY CHICAGO EMERG MED S   NOTICE ONLY      NOT FILED           .00             .00
IL STATE DISBURSEMENT UN   DSO ARREARS      10296.85            .00             .00
ILLINOIS DEPT OF EMPLOYM   UNSECURED        NOT FILED           .00             .00
JR NEPHROLOGY              UNSECURED        NOT FILED           .00             .00
EXPRESS LOAN               UNSECURED        NOT FILED           .00             .00
MRSI                       UNSECURED        NOT FILED           .00             .00
NICOR GAS                  UNSECURED        NOT FILED           .00             .00
NICOR GAS                  UNSECURED         1291.01            .00             .00
NORTH COMMUNITY BANK       UNSECURED        NOT FILED           .00             .00
NORTHSIDE COMMUNITY FEDE   UNSECURED        NOT FILED           .00             .00
PAYDAY LOAN STORE          UNSECURED        NOT FILED           .00             .00
PAYDAY LOAN STORE          NOTICE ONLY      NOT FILED           .00             .00
UNITED COLLECTION BUREAU   UNSECURED           65.20            .00             .00
UNIVERSAL LENDER INC       UNSECURED        NOT FILED           .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 09896 KEVIN BROWN & DELLA F BROWN
```

```
UNIVERSAL LENDER INC        UNSECURED        NOT FILED              .00            .00
WELLS FARGO AUTO FINANCE    UNSECURED        NOT FILED              .00            .00
ZALUTSKY & PINSKI           UNSECURED           481.60              .00            .00
FLOISE LOUISE               NOTICE ONLY      NOT FILED              .00            .00
INTERNAL REVENUE SERVICE    UNSECURED          1386.76              .00            .00
ACUTE CARE SPECIALISTS I    UNSECURED           679.00              .00            .00
TIMOTHY K LIOU              DEBTOR ATTY       1,295.20                        1,295.20
TOM VAUGHN                  TRUSTEE                                           1,326.58
DEBTOR REFUND               REFUND                                                 .00

       Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                21,591.02

PRIORITY                                            .00
SECURED                                       18,969.24
UNSECURED                                           .00
ADMINISTRATIVE                                 1,295.20
TRUSTEE COMPENSATION                           1,326.58
DEBTOR REFUND                                       .00
                       ---------------     ---------------
TOTALS                 21,591.02              21,591.02
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 08/26/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE